UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| EDWARD & ROBIN GRANT, | ) | Case No.: C 10-4788 PVT |
| Plaintiff, | ) | **ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |
| v. | ) | |
| CHASE BANK, | ) | |
| Defendant. | ) | |

On October 22, 2010, Plaintiffs filed a request for temporary restraining order along with their complaint. That same day, chambers staff contacted Plaintiff Robin Grant and informed her that the case had been assigned to a Magistrate Judge, and that Magistrate Judges may only rule on motions for injunctive relief if all parties have consented to Magistrate Judge jurisdiction.[1] As of the date of this order, no party has filed a consent to Magistrate Judge jurisdiction. Therefore,

IT IS HEREBY ORDERED that this case be reassigned to a District Judge. This order is without prejudice to the parties later filing consents to Magistrate Judge jurisdiction if they wish to have a Magistrate Judge preside over the matter for all purposes.

Dated: *10/28/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] Magistrate Judges have authority to hear motions for injunctive relief, such as Plaintiffs' request for a temporary restraining order, only in cases where all parties have consented to Magistrate Judge jurisdiction. *See* 28 U.S.C. § 636(c)(1).

ORDER, *page 1*

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | *Counsel automatically notified of this filing via the court's Electronic Case Filing system.* |
| 4 | copies mailed on   *10/29/10*   to: |
| 5 | Edward Grant |
| 6 | 1372 Annapolis Way<br>San Jose, CA 95118 |
| 7 | Robin Grant |
| 8 | 1372 Annapolis Way<br>San Jose, CA 95118 |
| 9 | |
| 10 | /s/   Donna Kirchner   for |
| 11 | OSCAR RIVERA<br>Courtroom Deputy |