UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| EDWARD & ROBIN GRANT, | ) | Case No.: 10-CV-04788-LHK |
| Plaintiffs, | ) ) | ORDER VACATING HEARING AND BRIEFING SCHEDULE |
| v. | ) ) | |
| CHASE BANK, | ) ) | |
| Defendant. | ) ) ) | |

The Court previously denied Plaintiffs' motion for a temporary restraining order (TRO) without prejudice on grounds that Plaintiffs failed to provide notice to Defendant or demonstrate that a TRO should be issued without notice pursuant to Federal Rule 65(b). Order Denying Motion for Temporary Restraining Order, ECF No. 9. The Court stated that if Plaintiffs wished to renew their TRO motion with notice to Defendant, they must serve Defendant and file proof of service with the Court on or before November 3, 2010. The Court further set a briefing schedule and hearing date to be followed in the event that Plaintiffs served Defendant. As of this date, Plaintiffs have not filed any proof of service with the Court. Accordingly, the briefing schedule and hearing date provided in the Court's previous order are VACATED.

**IT IS SO ORDERED.**

Dated: November 10, 2010

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-04788-LHK
ORDER VACATING HEARING AND BRIEFING SCHEDULE